UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: CURRENCY CONVERSION FEE  :   MDL NO. 1409
ANTITRUST LITICATION            :
                                :   M 21-95
------------------------------------------------------------x
                                :
THIS DOCUMENT RELATES TO        :   INDEX No. 05-CV-07116 (WHP)
                                :
ROBERT ROSS, et al.,            :
                                :
                  Plaintiffs,   :
                                :
         - against -            :
                                :
BANK OF AMERICA, N.A. (USA), et al., :
                                :
                  Defendants.   :
                                :
------------------------------------------------------------x

## ~~PROPOSED~~ ORDER

On the joint request of the parties, the Court hereby Orders as follows:

1.      The March 31, 2009 deadline for asserting additional causes of action or claims or prayers for relief, as stated in ¶ 1 of this Court's Scheduling Order of March 9, 2009, is reset to April 6, 2009. No pre-motion letter is required in connection with any filing on this revised deadline, or with respect to any other filing as to which a deadline was established in paragraph 1 of this Court's Scheduling Order.


Dated: March 30, 2009
       New York, New York

                              SO ORDERED:

                              _____
                              William H. Pauley, III, U.S.D.J.