UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

IN RE

CURRENCY CONVERSION FEE
ANTITRUST LITIGATION

------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

ROBERT ROSS, et al.,

Plaintiffs,

-against-

BANK OF AMERICA, N.A. (USA), et al.,

Defendants.

------------------------------------------------------------- x

MDL No. 1409

M 21-95

Index No. 05 CV 07116 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2010

## SCHEDULING ORDER

On January 8, 2010, the Court conducted a status conference for the purpose of setting a schedule for the approval, or not, of class action settlements entered into between class plaintiffs and certain defendants. On the presentation of counsel, the Court hereby ORDERS as follows with respect to the schedule for these proceedings:

1. Final settlement agreements shall be filed with the Court on or before February 19, 2010.

2. All papers supporting preliminary approval of these settlements shall be filed with the Court on or before February 26, 2010.

3. Oppositions to preliminary approval, if any, must be filed with the Court on or before March 5, 2010.

4.  The Court shall hear argument from all interested parties who desire to be heard on preliminary approval on March 12, 2010 at 11:30 AM.

5.  In the event that preliminary approval is granted, the following deadlines shall apply:

(a) All papers seeking final approval of these settlements, as well as any papers seeking the Court's approval for the payment of attorneys' fees or the reimbursement of litigation expenses, shall be filed with the Court on or before May 28, 2010.

(b) Within 24 hours of the filing of the papers referred to in ¶ 5(a), those papers shall be posted, in PDF format, on any website that has been established or maintained, pursuant to Court Order, for the purpose of providing notice of these settlements.

(c) Objections, if any, to the final approval of any of these settlements, to the requests for attorneys' fees or to the requests for reimbursement of litigation expenses shall be filed with the Court on or before June 11, 2010.

(d) Replies, if any, to the papers submitted pursuant to ¶ 5(c) shall be filed with the Court on or before June 25, 2010.

(e) The Court shall hold a hearing on the final approval of these settlements, the payment of attorneys' fees and the reimbursement of litigation expenses on July 15, 2010 at 11 AM.

Dated: January 15, 2010

SO ORDERED:

_____
The Hon. William H. Pauley, III, U.S.D.J.