

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES

NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

tscarborough@sidley.com
(312) 853 2236

FOUNDED 1866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10

March 25, 2010



By Facsimile (212-805-6390)

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Ross v. Bank of America, et al., No. 5 CV 7116

Dear Judge Pauley:

We are writing in connection with the Court's March 22 scheduling order, setting the next status conference for May 14. Both counsel for plaintiffs and the Citibank defendants are unavailable on that date. All of the counsel for the parties have, however, conferred on available alternative dates in May that would work for all parties to the extent that they would be convenient for the Court. Counsel are available on May 6, as well as May ~~13~~, 21, ~~25~~, and ~~27~~.

Very truly yours,

*T. Robert Scarborough*

T. Robert Scarborough

TRS:jcs

cc:   Counsel of record

Application granted. The parties are directed to appear on May 21 at 12:15pm.
SO ORDERED:

*William H. Pauley*
WILLIAM H. PAULEY III U.S.D.J.
4/5/10

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 5262392v.1