1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague,P.C.
ATTORNEYS AT LAW

MERRILL G. DAVIDOFF    ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL   215/875-3084
WRITER'S DIRECT FAX   215/875-4671
WRITER'S DIRECT E-MAIL   mdavidoff@bm.net

June 28, 2011



**BY FACSIMILE & FIRST CLASS MAIL**

The Honorable William H. Pauley, III
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1312

    Re:    *Ross, et al. v. Bank of America, N.A. (USA), et al.*, No. 05-cv-7116-WHP, a related action in *In re Currency Conversion Fee Antitrust Litigation*, Master File No. M21-95; MDL No. 1409

Dear Judge Pauley:

    We write on behalf of Plaintiffs in the above matter. We request permission to file a single, omnibus opposition memorandum (of up to 50 pages in length) in response to the two separate summary judgment motions filed by defendants Citigroup and Discover. Plaintiffs believe that defendants' arguments can be best addressed in a single document rather than in two separate memoranda of up to 25-pages each.

    Citigroup and Discover do not oppose Plaintiffs' request, provided that they may reserve their right to submit separate reply memoranda.

    If the Court approves this request, we respectfully request that your Honor endorse this letter and file the same with the Clerk.

    Counsel are available, at the Court's convenience, if the Court wishes to discuss this matter.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/11
```

Respectfully submitted,

Merrill G. Davidoff

MGD/sll

cc:    Defense Counsel (*via e-mail*)

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/8/11