UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE                                           :                    MDL No. 1409
                                                                     M 21-95
CURRENCY CONVERSION FEE               :
ANTITRUST LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THIS DOCUMENT RELATES TO:          :                    ORDER

ALL ACTIONS                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

    All pending appeals in this action have been dismissed.  Accordingly, the Clerk of

the Court is directed to release the appeals bonds posted in this action as follows:

> (1) The $50,000 bond, Receipt No. 920414, shall be released to Frank H.
>     Tomlinson, Esq., 15 North Street 21st Street, Suite 302, Birmingham, AL
>     35203;
>
> (2) The $1,777.77 bond, Receipt No. 898170, shall be released to Kenneth E.
>     Nelson, Esq., 1813 NE 83rd Street, Kansas City, MO 64118; and
>
> (3) The $1,777.77 bond, Receipt Number 898268, shall be released to N. Albert
>     Bacharach, Jr., Esq., 115 Northeast 6th Avenue, Gainesville, FL 32601.

Dated: July 7, 2011
       New York, New York

                              SO ORDERED:


                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.


*All Counsel of Record*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/11