UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------X
IN RE                                       :    MDL No. 1409
                                                 M 21-95
CURRENCY CONVERSION FEE                     :
ANTITRUST LITIGATION
----------------------------X
THIS DOCUMENT RELATES TO:                   :

ROBERT ROSS, et al.,                        :    05 Civ. 7116 (WHP)

        Plaintiffs,                 :    ORDER

        -against-                  :

BANK OF AMERICA, N.A. (USA), et al.,        :

        Defendants.                 :
----------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties' motions to file under seal the memoranda of law and other papers associated with their motions for summary judgment are granted. The parties are directed to file unredacted copies of their submissions under seal. In addition, the parties are directed to provide the Clerk of the Court with redacted versions of their submissions in PDF form for publication on the docket.

        The Clerk of the Court is directed to terminate the motions pending at Docket Nos. 295, 297, 310, 322, 323, 328, 335, 337, 338, and 341.

Dated: August 24, 2011
      New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                               U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/11

*Counsel of Record:*

Merrill G. Davidoff, Esq.
Berger & Montague, P.C
1622 Locust Street
Philadelphia, PA 19103
*Counsel for Plaintiffs*

Theodore R. Scarborough, Jr., Esq.
Sidley, Austin, Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
*Counsel for the Citi Defendants*

Ronald S. Betman, Esq.
Winston & Strawn, L.L.P.
35 West Wacker Drive
Chicago, IL 60601
*Counsel for the Discover Defendants*