UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re CURRENCY CONVERSION FEE         :   MDL Docket No. 1409
ANTITRUST LITIGATION                  :
                                      :   M 21-95
                                      :
----------------------------------------  :   ORDER
                                      :
This Document Relates To:             :
                                      :
    ALL ACTIONS.                      :
---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/11

WILLIAM H. PAULEY III, District Judge:

This Court having reviewed the Report Regarding the Cost of Settlement Notice and Administrative Costs and Motion for Approval of Settlement Notice and Administration Costs for the Second Quarter 2011 and the Affidavit of Ronald A. Bertino, CPA, it is ORDERED that, pursuant to Paragraph 3(f) of the Stipulation and Agreement of Settlement preliminarily approved by this Court on November 8, 2006 and this Court's October 22, 2007 Amended Order, the Clerk of the Court is directed to draw a check from the Principal Settlement Fund, designated as account no. 07-cc-0001-1 with the Court Registry Investment System ("CRIS"), made payable to the Claims Administrator, and to send the check by overnight mail, no later than Friday, August 12, 2011, to Co-Lead Counsel Berger & Montague, P.C., c/o Merrill G. Davidoff, Esq., 1622 Locust Street, Philadelphia, PA 19103, for distribution to this payee. The disbursement from the CRIS Principal Settlement Fund shall be made in the amount of $19,119.67 made payable to Heffler Radetich & Saitta, LLP (Claims Administrator).

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/9/11