

1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

**Berger&Montague,P.C.**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/11

October 12, 2011

MERRILL G. DAVIDOFF   ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

**VIA FACSIMILE & FIRST CLASS MAIL**

The Honorable William H. Pauley, III
United States District Court
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1581

RECEIVED
OCT 12 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: *Ross, et al. v. Bank of America, N.A. (USA), et al.*, No. 05-cv-7116-WHP, a related action in *In re Currency Conversion Fee Antitrust Litigation*, Master File No. M21-95; MDL No. 1409

Dear Judge Pauley:

The Court rescheduled the summary judgment argument in the above-captioned matter for 4:30 p.m. on November 8, 2011. Coincidentally, in another case, a Notice for a Fairness Hearing at 10:00 a.m. in Atlanta on November 9, 2011 was being mailed.

After checking and double-checking, the last planes that I can make to be present for the November 9th Atlanta hearing make a 4:30 argument impracticable. If the Court could possibly schedule this argument earlier in the afternoon of November 8th and conclude it before 4:15 it would not require a request to again reschedule the hearing for another date. Defendants (Citi and Discover) have no objection to an earlier hearing time.

I apologize for the inconvenience to your Honor. Please advise if a scheduling adjustment can be made.

Respectfully submitted,

Merrill G. Davidoff
*Lead Counsel for Plaintiffs and the Class*

MGD/sll

cc: Defense Counsel *(via email only)*

Oral argument is rescheduled for November 7, 2011 at 4:00 p.m.

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.   10/17/11